UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WASTECARE CORPORATION, Plaintiff, v. HARMONY ENTERPRISES, INC., Defendant. | CIVIL ACTION NO. 2:18-CV-120-RWS |

**O R D E R**

This case is before the Court on Plaintiff's Motion for Relief from Order [Doc. No. 15]. Plaintiff moves the Court for relief pursuant to Federal Rule of Civil Procedure 54(b) [Doc. No. 15]. However, Defendant argues that Plaintiff is actually seeking reconsideration of its earlier order [Doc. No. 14], and the Court agrees. Thus, the Court must consider Defendant's timeliness argument.

Motions for reconsideration are granted only in extraordinary circumstances, "namely the discovery of new evidence, an intervening development or change in the law, or the need to correct a clear error or prevent a manifest injustice." Deerskin Trading Post, Inc. v. United Parcel Serv. of Am., Inc., 972 F. Supp. 665, 674 (N.D. Ga. 1997). A motion

for reconsideration may not be used to offer new legal theories or evidence that could have been presented previously, unless a reason is given for failing to raise the issue at an earlier stage in the litigation, <u>Escareno v. Noltina Crucible & Refractory Corp.</u>, 172 F.R.D. 517, 519 (N.D. Ga. 1994) (citing <u>O'Neal v. Kennamer</u>, 958 F.2d 1044, 1047 (11th Cir.1992)), and such motions are not an opportunity for parties "to instruct the court on how the court 'could have done it better' the first time." <u>Preserve Endangered Areas of Cobb's History, Inc. v. U.S. Army Corps of Engineers</u>, 916 F. Supp. 1557, 1560 (N.D. Ga. 1995). Local Rule 7.2(E) provides that a motion for reconsideration must be filed within twenty-eight days after entry of the order or judgment for which the party seeks reconsideration. It is clear that Plaintiff's motion was not timely filed.

But the Court has discretion to consider the motion even though it is not timely filed, and the Court will do so. The Court has reviewed the proposed Amended Complaint [Doc. No. 15-1] and finds that it properly asserts cognizable equitable claims that appear to fall within the express exception provided by the parties' Licensing Agreement. Under these circumstances, the Court will allow the filing of the Amended Complaint.

As such, Plaintiff's Motion for Relief from Order [Doc. No. 15], which the Court construes as a Motion for Reconsideration, is GRANTED. The Court's previous order [Doc. No. 14] is hereby VACATED. The Clerk is DIRECTED to reopen the action, and the stay is LIFTED. The Clerk is also DIRECTED to file the proposed Amended Complaint [Doc. No. 15-1]. Defendant is ORDERED to respond to the Amended Complaint in accordance with the Federal Rules of Civil Procedure.

**SO ORDERED** this 8th day of May, 2019.

_____
**RICHARD W. STORY**
United States District Judge