**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| WASTECARE CORPORATION, | |
| Plaintiff, | Civil Action No. |
| v. | 2:18-cv-120-RWS |
| HARMONY ENTERPRISES, INC., | |
| Defendant. | |

## <u>ORDER</u>

This case comes before the Court on the mandate of the Eleventh Circuit Court of Appeals, issued September 22, 2020, which is hereby made the judgment of this Court.  [Docs. 31, 34, 36].  The Eleventh Circuit held that, pursuant to the parties' agreement, the question of arbitrability is to be determined by the Arbitration Panel.

Accordingly, it is hereby **ORDERED** that this matter is **STAYED** pending binding arbitration.  The Clerk is **DIRECTED** to administratively close this action. The parties have the right to move to reopen in the event the parties' dispute is deemed not arbitrable or after the arbitration is complete, if necessary.

**SO ORDERED** this 29th day of September, 2020.

**RICHARD W. STORY**
United States District Judge