UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WasteCare Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18-cv-120-RWS |
| | ) |
| Harmony Enterprises, Inc., | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Comes Now, the undersigned attorney of record for WasteCare Corporation in this matter, and respectfully requests leave to withdraw pursuant to Rule 4.3 of the Local Rules for the United States District Court for the Northern District of Georgia. Irreconcilable differences have arisen between WasteCare Corporation and counsel resulting in a breakdown of the attorney-client relationship and necessitating withdrawal from this case. Counsel have found it difficult, if not impossible, to fulfill their obligations as lawyers to the client and to continue prosecuting the client's claims.

The undersigned has given client due written notice of the intention to withdraw prior to submitting this filing to the Court. (Exhibit A) The notice to the client contained all required information pursuant to Rule 83.1(E)(2) of the Local Rules for the United States District Court for the Northern District of Georgia.

Fourteen days have passed since notice was provided to the client. The undersigned has also informed the client that it will be the client's responsibility to file in arbitration as ordered by the Eleventh Circuit.

In addition to the undersigned, attorneys Lance Gould and Leslie Descia of Beasley, Allen, Crow, Methvin, Portis, and Miles, P.C. ("Beasley Allen") have represented the client in appellate proceedings, which are now complete, and have also provided notice to the client of Beasley Allen's intent to withdraw from further representation of the client. Attorney Archie Grubb formally withdrew from representing the client in the United States Court of Appeals for the Eleventh Circuit and also seeks to withdraw from representing the client in this court. The client has been fully informed of Mr. Grubb's withdrawal and his intent to withdraw in this Court as well.

The undersigned counsel respectfully requests that all above-referenced counsel be allowed to withdraw as counsel for WasteCare Corporation.

/s/ JAMES T. SASSER
James T. Sasser (Georgia Bar No. 525510)
Attorney at Law
1678 Montgomery Highway, Suite 104
Birmingham, AL 35216
Tel: (256) 390-1050
Fax: (205) 98502402
jtsasserlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July, 2021, the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD was filed with the Court and served on the attorneys of record via the Court's CM/ECF system on the following:

Michael J. Sullivan
Vonnetta L. Benjamin
271 17th Street, N.W., Suite 2400
Atlanta, Georgia 30363
Telephone: (404) 879-2479
Michael.Sullivan@wbd-us.com
Vonnetta.Benjamin@wbd-us.com

Ken D. Schueler
Dunlap & Seeger, P.A.
30 – 3rd Street SE, Suite 400
PO Box 549
Rochester, Minnesota 55903-0549
Telephone: (507) 288-9111
kds@dunlaplaw.com

I HEREBY CERTIFY that on this 14th day of July, 2021, the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD was filed with the Court and served on the client via electronic mail and Federal Express mail at the following:

WasteCare Corporation
Attn: Buddy Kennedy
buddy@buddykennedy.com
3824 Red Bird Road
Gainesville, Georgia  30506

/s/ JAMES T. SASSER
James T. Sasser (Georgia Bar No. 525510)