

218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

(800) 898-2034

BeasleyAllen.com

**C. Lance Gould**
Principal
lance.gould@beasleyallen.com

June 28, 2021

**VIA EMAIL AND FEDERAL EXPRESS**
buddy@buddykennedy.com
Buddy Kennedy
WasteCare Corporation
3824 Red Bird Road
Gainesville, Georgia  30506

Re:     WasteCare Corporation v.  Harmony Enterprises Notice of Withdrawal

Dear Mr. Kennedy:

This letter serves as our formal notification of our intent to withdrawal from representing you and WasteCare Corporation, and to inform you that we will file the appropriate motion in the United States District Court for the Northern District of Georgia for the withdrawal of Archie Irwin Grubb, II; C. Lance Gould; Leslie L. Pescia; Beasley Allen, Crow, Methvin, Portis & Miles, PC; and James Theodore Sasser, Attorney at Law.

The United States District Court for the Northern District of Georgia still retains jurisdiction over the action pursuant to its motion to stay the case dated September 29, 2020. However, as you know, the Eleventh Circuit Court of Appeals has ordered the case to arbitration to determine the threshold question of arbitrability.  It is your responsibility to keep the court informed where notices, pleadings, or other papers may be served, and it is your obligation to file in arbitration or hire new counsel. Importantly, corporations may only be represented by an attorney who must sign all pleadings and papers submitted to the court.  If you have not already done so, we recommend you retain new counsel immediately.  Failure to meet your burdens or obligations could result in adverse consequences.

Attached to this letter is the style of the action as well as the names and addresses and telephone numbers of the clerk and opposing counsel.  You have the right to object within 14 days from the date you have been served with this notice.

Very truly yours,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

C. LANCE GOULD

CLG/hmb
Enclosures

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| **WasteCare Corporation,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18-cv-120-RWS |
| | ) | |
| **Harmony Enterprises, Inc.,** | ) | |
| | ) | |
| Defendant. | ) | |

**<u>Attorneys for Harmony Enterprises, Inc.</u>**

Michael J. Sullivan
Vonnetta L. Benjamin
271 17th Street, N.W., Suite 2400
Atlanta, Georgia 30363
Telephone: (404) 879-2479
Michael.Sullivan@wbd-us.com
Vonnetta.Benjamin@wbd-us.com

Ken D. Schueler
Dunlap & Seeger, P.A.
30 – 3rd Street SE, Suite 400
PO Box 549
Rochester, Minnesota 55903-0549
Telephone: (507) 288-9111
kds@dunlaplaw.com

**<u>Clerk of Court</u>**

Shane Gazaway, Deputy in Charge
USDC, Northern District of Georgia
Sidney O. Smith Federal Building &
United States Courthouse
121 Spring Street SE Room 201
Gainesville, GA 30501-3789
(678) 450-2760