IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION



| | |
|---|---|
| WASTECARE CORPORATION, § | |
| § | |
| PLAINTIFF, § | CIVIL ACTION NO. 2:18-cv-120-RWS |
| § | |
| vs. § | |
| § | |
| HARMONY ENTERPRISES, § | |
| § | |
| DEFENDANT § | |

## NOTICE TO DOCKET

### PLAINTIFF AFFIDAVIT; CLYDE MATTHEW KENNEDY (Pres. WasteCare Corp.)

### To address: "Representation Withdrawal" and related events (by 3 separate entities)

After having been duly sworn, the Plaintiff, WasteCare Corporation and Matt Kennedy as President, makes the following statements, swearing under penalty of perjury, that the statements contained herein are true and correct to the best of my knowledge, information and belief. Plaintiff, respectfully submits the following facts:

### 1. - Attestation

I am over eighteen years of age and I am of competent mind. I give this statement under penalty of perjury and state these facts to be true to the best of my knowledge. I am President of WasteCare Corporation, 3824 Red Bird Cir Gainesville, GA 30506.

### 2. - Purpose

Plaintiff response to 'Representation' who appears to have incorrectly conveyed or omitted the real reasons, foundations, circumstances, facts and evidence that directly led to the Withdrawals.

### 3. – Personal Knowledge

Plaintiff makes the following statements from my own knowledge and observations.

### 4. General Background information regarding the Withdrawal and Circumstances

***A.*** With respect to the recent '*Representation*' withdrawals' (3 separate entities; hereinafter '*Representation*'), the comments and the history on this case, Plaintiff would like the Court to understand exactly what occurred as it relates to both the Withdrawal and very questionable activities and general case history leading up to the Withdrawal. Plaintiff realizes '*Representation*' may be considered good law firms, but people are sometimes involved in extraordinary wrongdoing and/or misjudgments that is unable to be admitted, which then leads to extraordinary efforts to create diversions and deflect away from obvious truth and facts as documented, while also using tactics to discredit those who know the truth and facts firsthand. This Affidavit involves my direct experiences, irrespective of anything else. The inability to admit wrongdoing and truth does not dilute, discredit or negate the actual truth and facts that are available for review.

***B.*** For starters, *Representation* took a very simple and routine Injunctive Relief Filing (that Law Students can basically do without guidance) and spent 7 months of steady focus and effort turning it into something that was massively detrimental to Plaintiff. **The Filing, which was the critical foundation of Plaintiffs case** was submitted as an unlawful concoction and was correctly identified <u>by the **Judge as a "Guise"**</u>. This was just the beginning of many huge blunders, gifts and coincidences that greatly benefited the Defendants, and were also very destructive to Plaintiff.

***C.*** When '*Representation*' says they have found it difficult, if not impossible to fulfill their obligations, it can be assured by many this could never pertain to Plaintiff. *Representations* actions and inactions can easily be evaluated for real truth, facts, details and intentions. The case handling was very disturbing, illogical, chaotic and counter-productive. ***<u>At one point, when Lawyer became 'lost' for explanations, Lawyer stated that the very bizarre events were "All About Influence"</u>***.

**PLAINTIFFS AFFIDAVIT AND NOTICE TO THE DOCKET**
*WasteCare Corporation v. Harmony Enterprises      Case  2:18-cv-00120-RWS*
*In the United States District Court for the Northern District of Georgia; Gainesville Division*

**_D._** In essence, (after thorough evaluation, taking and touting the case) '*Representation*' basically slaughtered a very simple Injunctive Relief Filing that was vowed as "very simple and routine" [and had mentioned this was 'especially true based on Plaintiffs very well written contract and Injunctive Relief carve-out provision' (under Section 10.11 of the Contract) for insuring that the Court Administered Audit was a clear exception to Arbitration, as fully agreed by the party's]. But instead, within a few months of proceeding as planned and getting things underway, *Representation* (under Guise) did a total 'about face' and (discreetly) began the Filing Guise by suddenly halting everything that was in full gear; claimed that extensive State & Federal research was needed to insure the Audit ruling; and then 7 months later (while always tactfully appeasing Plaintiff) Representation rammed in a Filing that massacred Plaintiffs Audit, 'Due Process' and Injunctive Relief rights. When Representation gave outrageous and very illogical storylines and irrational excuses that made no sense, **Plaintiff told *Representation* that an analogy that came to mind was > a Jetliner crashing into a Hi-Rise Building and the Jetliner execs broadcasting to the world that the crash was definitely caused by a defective building design**; and they were expecting that some day the Building Inspectors could be influenced to figure things out.

**_E._** Under the very clear Contract provisions agreed to by the parties, Plaintiff engaged Representation for a very routine task of using Injunctive Relief to obtain a Court Administered Audit (after Defendant refused Contractual Audit requests / permissions on 4 separate occasions). For decades, the same contract Carve-Out provision has been supported by District Courts and Supreme Court Rulings. In effect, the 1-sentence Carve-Out provides clearly established and agreed upon exceptions to the Arbitration requirements (for obtaining Court Administered Audits). [Plaintiff's contract language and Carve-Out is basically identical to the Case Law, District and Supreme Court rulings that are referenced and enforced time and time again.]

**PLAINTIFFS AFFIDAVIT AND NOTICE TO THE DOCKET**
*WasteCare Corporation v. Harmony Enterprises     Case  2:18-cv-00120-RWS
In the United States District Court for the Northern District of Georgia; Gainesville Division*

**F.** But after electing to abruptly halt everything for 7 months to do extra "extensive State and Federal Research", *Representation* then decided to add unlawful demands to the Filing (**disguised and very misrepresented**); that destroyed Plaintiffs rights. To get the Filing 'by Plaintiff' and submitted, **massive and intentional misrepresentations were made to Plaintiff**.

**G.** The ONLY reason '*Representation*' can speak of 'Lawyer difficulty' is due to their own 'handling' and decisions that were directly opposite of the agreed upon Case Objectives, (while actions, inactions and intentions were also concealed so as to prevent Plaintiff's awareness of grave consequences). A clear example was the Injunctive Relief Filing, but there were many other examples documented as well. For starters, why does a very experienced Law Firm halt everything to spend 7 months on extensive State and Federal Research (especially on a very routine Injunctive Relief Filing), and then file something that: **a**) is exactly opposite of the agreed-upon Case Objectives; **b**) violates the law basically, **c**) destroys Plaintiff's Injunctive Relief Rights; **d**) destroys Plaintiffs Due Process Rights and; **e**) destroys Plaintiffs ability to pursue his confiscated property and money for 3 years…(while the ONLY other activities taking place consistently is 'Mother Hen' squatting)! Under very false pretenses as conveyed to Plaintiff, '*Representation*' ramrodded other claims into the Injunctive Relief Filing which made the Filing unlawful. Misrepresentations were made to Plaintiff BEFORE the Filing, by (strategically) telling Plaintiff that these other things MUST be referenced in the Filing (according to their extensive research); but said "the Judge would simply ignore anything except the ruling on the Accounting / Audit and would not rule on anything with a monetary value greater than $75,000". Then 4 months AFTER the Filing was submitted, Plaintiff was (strategically) told that the Judge must grant 'All Claims or None' (meaning the Judge MUST agree to grant Everything, including the unlawful demands, or Nothing; thus nothing could be ignored as Plaintiff was led to believe long BEFORE the Filing).

**PLAINTIFFS AFFIDAVIT AND NOTICE TO THE DOCKET**
*WasteCare Corporation v. Harmony Enterprises    Case 2:18-cv-00120-RWS*
*In the United States District Court for the Northern District of Georgia; Gainesville Division*

**H.** The Initial Filing submitted was extremely detrimental since *'Representation'* **recklessly and very destructively mixed in the (PROHIBITED) Declaratory Relief with the (permitted) Equitable Relief (and of course the contract specifically said Equitable Relief and not Declaratory Relief. And again this Filing was supposed to have been based on all the most current State and Federal Laws after 7 months of "extensive research"**. [The 'claims packing' also included a demand that the court use the Injunctive Relief to rule on a 10-year ban of the product line on the Defendant Company, Officers & Directors.]. The Filing seemed to be a disgrace to the legal system that upset the Court and **The Judge correctly ruled against Plaintiff and correctly referred to the Filing as a "Guise"**. [This was *one of many 'guises' and facades involving the case handling manufactured by 'Representation' that created 'Lawyer Difficulties'*].

**I.** There are many other critical actions and inactions that were hidden or disguised along the way to 'get things past Plaintiff' to insure that the 'guise' and other things were not revealed or understood by Plaintiff. And a big foundation for being able to get all of the various things by Plaintiff was convincing Plaintiff that every bit of the legal protocol being executed was based on 7 months of extensive State and Federal research of the laws, as well as investigations, to insure things went smooth (and to also insure, as I specifically requested, that things were done in accordance with my contract, and the way it was structured with Step1 being to get the Audit, and Step 2 to take the results to Arbitration). [Law Students can do this, let alone Predictive Software].

**J.** As thoroughly discussed and understood by *'Representation'* (well before taking the case), the Licensing Agreement was structured exactly as it was supposed to be structured and Step 2 would typically only be necessary if the Proper Royalty Payments were not paid at the conclusion of Step 1. Also at 'Step 2 Arbitration' the 10-Year Ban Provision can be imposed on the Defendant and their officers and directors in the event they have engaged in wrongdoing.

**PLAINTIFFS AFFIDAVIT AND NOTICE TO THE DOCKET**
*WasteCare Corporation v. Harmony Enterprises     Case  2:18-cv-00120-RWS*
*In the United States District Court for the Northern District of Georgia; Gainesville Division*

*K.* <u>'*Representation*' could have been extremely simple had they not haphazardly and covertly changed the Filing Objectives</u> to something that was exactly opposite of what was specifically agreed to based on Case Law, the Contract and several others factors blatantly violated.

*L.* <u>Nearly everything '*Representation*' did (and did not do) was beneficial to Defendants and detrimental to Plaintiff</u> and it was always abundantly clear that Plaintiff would have never taken or risked any step or detail that would have jeopardized the Court Administered Audit (<u>which again **Representation always knew was the foundation of the case, the contract and the objectives**</u>). Thus, it took extraordinary efforts to create such a long string of circumstances, results and 'Lawyering' that was exactly opposite of: **a)** what was knowingly allowed; **b)** the Case Objectives; **c)** very basic logic and reasoning; and **d)** what was in Plaintiffs best interests.

*M.* The 'Filing Façade' (**or Filing 'Guise' as the Judge called it**) provided the foundation for everything else and it was accomplished with very covert and disguised actions and inactions that are validated in emails and other communications. Based on '*Representations*' actions and inactions it felt as though Defendants had a 'Lawyer Genie' providing the 'Hail Marys' that were routinely needed and steadily provided by the coincidences and calamities. And then, when Plaintiff was in disbelief as to the things occuring he is casually told it was "All About Influence".

*N.* <u>So again, when *Representation* speaks about 'difficulty' they are most definitely referring to just how difficult they made things (to Plaintiffs huge detriment)</u>. And there are many examples of how they took very simple legal protocol and made it very complicated, and then refused to answer questions or give explanations. And, when '*Representation*' was pressed for answers, oftentimes it was learned later that Plaintiff had been greatly misled. Repeatedly, Plaintiffs questions were ignored and/or misinformation was given, oftentimes intentionally.

**PLAINTIFFS AFFIDAVIT AND NOTICE TO THE DOCKET**
*WasteCare Corporation v. Harmony Enterprises     Case  2:18-cv-00120-RWS*
*In the United States District Court for the Northern District of Georgia; Gainesville Division*

*O.* Probably the most appropriate and only candid answer that was ever given, (which initially seemed to be more of a fumbling 'slip of the tongue') was that the things that were happening were "All about Influence". Plaintiff tried repeatedly to get explanations including numerous emails, but like so many other requests for explanations it was ALWAYS repeatedly ignored. [*Representation* had many other documented statements that they would not respond to.]

*P.* As time passed more and more very odd actions and inactions came into question. On repeated occasions (after '*Representations*' explanation about the results being "All about Influence" were repeatedly magnified by Plaintiff's efforts to get a response) '*Representation*' became more and more 'tight-lipped' about everything; especially the really bizarre things along with the steady progression of contradictions and long string of growing coincidences.

*Q.* The bizarre events included Multi-Million Dollar 'Missed Motion to Reconsider' deadlines, missed Statute of Limitations on Interference Claims involving millions of dollars, numerous multi-million dollar FOIA filings that were drafted by experts and ready to be submitted electronically but then (like many other things) buried with the Mother Hen treatment (vs Filed) by '*Representation*'; and many other disturbing actions and inactions that ALL served to help Defendant GREATLY throughout the process, that was GREATLY frozen by the Filing Guise.

*R.* In essence, the strange handling should be obvious if anyone were to spend a tiny amount of time inspecting the atrocities that have occurred on this matter, and 100% of them were created and occurred by the very bizarre handling of the case, and the way things were very discreetly engineered, starting with the **'Filing Guise'** and all the various calamities and coincidences always being to the huge detriment of Plaintiff, and the huge benefit of Defendant. Plaintiff has repeatedly asked Representation to cite just one tiny example of anything that they ever did to benefit Plaintiff.

**PLAINTIFFS AFFIDAVIT AND NOTICE TO THE DOCKET**
*WasteCare Corporation v. Harmony Enterprises    Case  2:18-cv-00120-RWS*
*In the United States District Court for the Northern District of Georgia; Gainesville Division*

*S*. Although '*Representation*' may be considered a good law firm, Plaintiff also knows he is a good client with an excellent case that was laid out on a silver platter, yet '*Representation*' took all of the massive case resources and advantages and seemed to either put everything through a grinder, or give it the Mother Hen treatment. All this, while Representation claimed they could not do a spec of anything "until the courts decided which Football Stadium the game was going to be played in" (i.e. Court or Arbitration). <u>Of course, this endless excuse was manufactured by the 'Filing Guise' and the manufactured detour away from the Court Administered Audit and Justice.</u>

*T*. Within a few months of taking the case and making the vows, the 'Guise' and almost everything that occurred thereafter gave '*Representation*' the perfect excuse for the squatting and the continuation of ramming through the series of useless Court Filings that served to justify the 'Mother Hen' role. '*Representation*' used these tactics for 3 years to keep assuring Plaintiff that there was no other alternatives and nothing else to do except to keep chasing each successive 'Court step' <u>while also making sure Plaintiff never knew about the 'Non-Monetary Arbitration' Filing that was always available.  This was basically an 'Emergency Remedy' for the very destructive 'Filing Guise' rammed thru.  **And it could have easily restored the Audit Rights**</u>.

*U*. All of the façades and 'Lawyer Difficulty' that was created continued from the very beginning of the 'Representation' (within 2 months) starting with the Initial Filing (that was unexpectedly delayed 7 months), the Appeal, the En Banc, the Supreme Court …and always assuring Plaintiff (with each new step of the 'Guise') that they MUST take the next step in the Court Process if Plaintiff ever expected to get the Court Administered Audit underway…

*V*. And again, much of this 'Lawyer Difficulty' that was invented was supposedly based on '*Representation*' having to suddenly put a halt on the Audit getting underway (in the fall of 2017) while '*Representation*' then consumed an extra 7 months supposedly doing "extensive

**PLAINTIFFS AFFIDAVIT AND NOTICE TO THE DOCKET**
*WasteCare Corporation v. Harmony Enterprises    Case  2:18-cv-00120-RWS*
*In the United States District Court for the Northern District of Georgia; Gainesville Division*

research on State and Federal Laws" (to insure smooth sailing on the Court Administered Audit). But instead the research and delays and continued Guise Filings seemed to produce a strings of miraculous gifts for the Defendants time and time again throughout the process, and in retrospect it feels like the Guises were endless… since it was not only used as a means to run its course all the way to the Supreme Court, but it was also used as a crux for the 'Mother Hen' freeze on everything (in spite of all the incredible tentacles and other paths and case resources that were available for pursuit for Plaintiffs benefit). At each step, Representation knew full well that the Guise was extremely detrimental, devastating and burdensome to Plaintiff….. but they did not care and they also knew at each step that the <u>Non-Monetary Arbitration Filing</u> was always available, but still always remained hidden from Plaintiff, like so much more, and they did not care.

*W.* In retrospect, there were many things hidden, kept secretive or misrepresented in order to keep the 'GuiseS' moving forward unbeknownst to Plaintiff. While Plaintiff was kept 'in the dark' many actions and inactions (underneath the surface) were constantly veering in directions that were very illogical and never discussed or even hinted (versus the only Objectives, Scope and Focus that formed the ONLY basis and foundation of the Engagement, the Case and Justice).

*X.* It seems the extraordinary efforts and steps *'Representation'* took to avoid the Court Administered Audit, in conjunction with the 'Mother Hen' mantra was very clear. To try to avoid thinking the worst Plaintiff <u>reasoned or assumed that maybe *'Representation'* was **ALSO** not comfortable with Court Administered Audits, just as they had sprung it on Plaintiff (15 months after the Fee Agreement was signed) that they were "**not** comfortable with Arbitration"</u> and at one point Plaintiff was abruptly told *"if Arbitration is the next step, Plaintiff needs to go find another Law Firm to work with because the Arbitration Audits are a big joke and there is no real or legitimate 3rd Party Discovery like there is with the Court Administered Audits".*

**PLAINTIFFS AFFIDAVIT AND NOTICE TO THE DOCKET**
*WasteCare Corporation v. Harmony Enterprises   Case  2:18-cv-00120-RWS*
*In the United States District Court for the Northern District of Georgia; Gainesville Division*

### 5. The Real Eureka Moment

***A*. In January of 2021 the real Eureka moment occurred when Plaintiff learned that *'Representation'* had hid from Plaintiff the extremely vital and important Legal Protocol and very critical Alternative for filing a 'Non-Monetary Arbitration' specifically for the 'one sentence Carve-out' in Section 10.11 that was clearly agreed to by the contracting parties as a very routine exception to Arbitration (so that RESULTS CAN FIRST BE GATHERED VIA A COURT ADMINISTERED AUDIT prior to Step 2 Arbitration commencing). This one sentence Carve-Out is exactly what was destroyed by 'Representation'.** The Non-Monetary Arbitration protocol is cited in many places as being customarily used in situations involving Injunctive Relief Filings. But although critical, this too was hidden from Plaintiff.

*B*. Had Representation been looking out for Justice and Plaintiffs best interest…after the very first Filing debacle (and every continued Filing debacle) Plaintiff would have been advised about this remedy for getting things right back on track for Filing a PROPER AND LAWFUL Injunctive Relief.  This step would have most definitely overcome the disastrous 'Filing Guise'. But, *'Representation' was* always determined to convince Plaintiff that there was no other way to salvage the Court Administered Audit, except the next (artificial) Court step.

*C*. To repeat, it seems there were extraordinary efforts and steps that *'Representation'* took to avoid the Court Administered Audit, in conjunction with the 'Mother Hen' mantra that was very clear, while at the same time they had sprung it me that they were uncomfortable with Arbitration, but yet once Plaintiff had discovered the extent of the massive wrongdoing in January 2021, Representation suddenly was incredibly eager to do something and get on the ball by filing a 30 page 10 Million Dollar Arbitration Filing that they could not, or would not, explain. These are sort of the things that happen when people are flinging things with total disregard, but for themselves.

**PLAINTIFFS AFFIDAVIT AND NOTICE TO THE DOCKET**
*WasteCare Corporation v. Harmony Enterprises     Case  2:18-cv-00120-RWS*
*In the United States District Court for the Northern District of Georgia; Gainesville Division*

<u>***D***. The above exemplifies the total disregard that was shown for the client and the case handling [and maybe it should also be noted that *'Representation'* also failed to advise Plaintiff that Lawyer Withdrawals provide only 14 days to respond or object with / by a Motion].</u>

***E.*** This 'Non-Monetary Arbitration' finding by Plaintiff (thru no help of *'Representation')* was what laid the foundation for the Withdrawal. When Plaintiff discovered this, Plaintiff immediately emailed *'Representation'* and shortly thereafter *'Representation'* (discreetly) prepared a 30+ page 10-Million Dollar Arbitration Filing and then 'sprung it' on Plaintiff as being what was definitely needed, and demanded immediate authorization be given for the Filing. This was not anything resembling a short 'Non-Monetary Filing' that should have, and could have, been filed 3 years earlier (after the initial huge Filing Disaster). But it was kept a secret like all else.

***F.*** Upon Plaintiffs receipt of the draft for the 10-Million Dollar Filing, after already giving *'Representation'* prior notice that Plaintiff had just discovered the 'Non-Monetary Arbitration Filing' alternative (hidden from Plaintiff for 3 years)… it was pointed out that *'Representation'* had misrepresented and concealed very important legal protocol from Plaintiff at each step of the Filing Guise. Understandably, Plaintiff was definitely entitled to a few questions being answered (<u>but Representation kept demanding Plaintiff's approval without having to answer any questions</u>).

***G.*** The demands and the bullying were typical *'Representation'* style so they kept demanding immediate approval while refusing to answer just a few simple questions. As always they insisted and expected that Plaintiff just 'do as they say and don't ask questions'. But since the January 2021 discovery made me realize how much I had been repeatedly tricked throughout the Filing process, I was not willing to be tricked with another Filing. I realized the degree to which they had created many misrepresentations in order to get something else, or another Filing 'by Plaintiff'. (All history and details etc are easily verified via the documented communications.)

**PLAINTIFFS AFFIDAVIT AND NOTICE TO THE DOCKET**
*WasteCare Corporation v. Harmony Enterprises     Case  2:18-cv-00120-RWS*
*In the United States District Court for the Northern District of Georgia; Gainesville Division*

*__H.__* The steadfast refusal by *'Representation'* to provide even a single answer to a few very basic questions Plaintiff asked, in conjunction with Plaintiff's refusal to give authorization for the filing, without first getting a few answers …led to an impasse. *'Representation'* then threatened Plaintiff with an ultimatum that if Plaintiff did not authorize the (unexplained) Filing (with no questions having to be answered) they would Withdraw from the case immediately.

*__I.__* Anyone that observes what took place could easily tell that VERY SIMPLE CASE OBJECTIVES were absolutely aborted (under disguise) and then destroyed for very unexplained and illogical purposes, <u>all of which greatly benefited the Defendant and hurt Plaintiff</u>.

*__J.__* **Plaintiff asked Representation for a Hearing numerous times and was told "<u>the Court said no Hearings are allowed on this case</u>".<u>Was it another lie for keeping truth buried</u>?**

*__K.__* As for my circumstances, experiences, and everything that has occurred, it has made me feel like a Little Lamb that was ramrodded into the Slaughterhouse by my own *'Representation'*. In retrospect, it actually felt as though the 'Representation Withdrawal' took place Nov 2017, but was kept top secret, like everything else, and the handling was about as coldhearted, callous, ruthless and arrogant as I could have ever imagined. Based on conversations and insight from White Collar Crime experts they say it's "<u>***not an uncommon experience for Little Lambs with Super valuable intellectual property***</u>" to go through these kinds of ordeals.

Of course, the tactics also include all sorts of other activities like discrediting the 'Little Lamb' by making them out to be a "Conspiracy Theorist" who is 'out of line' and dishonest etc . 'Human Nature' is inclined to take the path of least resistance, so it seems anyone who has left their conscience behind, does not care if the client knows their case was chosen to be handled according to Influence vs Justice. To them it seems like a playground that Judges are not aware of.

**PLAINTIFFS AFFIDAVIT AND NOTICE TO THE DOCKET**
*WasteCare Corporation v. Harmony Enterprises     Case  2:18-cv-00120-RWS*
*In the United States District Court for the Northern District of Georgia; Gainesville Division*

*L.* From what I understand, '*Representation*' and others seem as though they have been making every effort to intentionally block Plaintiff from engaging a new Law Firm. Of course, every person involved knows exactly what has occurred, and the lengths that have been taken to cover up the truth, facts and details which makes it easy to understand why those who know the truth would want to do everything possible to prevent a new law firm from being engaged… By knowing, but hiding the facts, truth and details and refusing to admit the obvious wrongdoing, it seems to speak volumes. **The Court should also know that very early on upon seeing the facts, details, evidence etc, Representation had concluded and was convinced of massive wrongdoing and indicated <u>they felt 'the Audit Ruling would produce a very big payday for Plaintiff</u>'** but it seems once the case became 'All About Influence' as told by the Lawyer, it seems clear in retrospect that all oaths and commitments as Officers of the Court were left behind.

*M.* In spite of the valuable case resources getting better and better there was also episodes of '*Representation*' being afraid of making the other side mad, which was documented as well. According to the White Collar Crime experts when 'Little Lambs' own or control Super valuable Intellectual Property (especially those whose money, earnings, property and basically their entire resources that they have worked 30+ years for has been confiscated) 'it is a big part of the recipe for them and their case becoming 'Trade Bait' (as they referred to it). The thoughts of Officers of the court being cocky enough and comfortable enough to have some sort of fixation on 'Influence' and essentially disregard Justice is a little Mindboggling, especially when there is not a spec of remorse or empathy for the client who is basically discarded like a wet rag.

*'Representation'* saw and studied the case resources for a few months and <u>commented that "getting the ruling on the Court Audit would mean a 'big payday for Plaintiff''. But all actions and inactions by *Representation* has insured **no Court Audit** and not a spec of anything done for client.</u>

**PLAINTIFFS AFFIDAVIT AND NOTICE TO THE DOCKET**
*WasteCare Corporation v. Harmony Enterprises    Case  2:18-cv-00120-RWS*
*In the United States District Court for the Northern District of Georgia; Gainesville Division*

The above is sort of the tip of the Iceberg for the Case Handling that resulted in Withdrawal.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | |
|---|---|
| WASTECARE CORPORATION, § | |
| § | |
| PLAINTIFF, § | CIVIL ACTION CASE: 2:18-cv-120-RWS |
| § | |
| vs. § | |
| § | |
| HARMONY ENTERPRISES, § | |
| § | |
| DEFENDANT § | |

### NOTICE TO DOCKET

### AFFIDAVIT OF PLAINTIFF; CLYDE MATTHEW KENNEDY

### To address: "Representation Withdrawal" and related events and circumstances

### VERIFICATION OF PLAINTIFF AFFIDAVIT

### Number of Total Pages including Verification:   14 Pages

The undersigned, having personal knowledge of the facts contained in the foregoing and having been duly sworn, and placed under oath, hereby verifies that the facts contained in the foregoing are true and correct to the best of her knowledge and recollection.

Respectfully submitted this __11__ day of August, 2021.

Clyde Matthew Kennedy
mk@buddykennedy.com

Sworn to and subscribed, before me this
__11__ day of __August__, 2021

Notary Public

---

**PLAINTIFFS AFFIDAVIT AND NOTICE TO THE DOCKET**
*WasteCare Corporation v. Harmony Enterprises    Case  2:18-cv-00120-RWS*
*In the United States District Court for the Northern District of Georgia; Gainesville Division*