**February 9, 2022**          <u>**Page 1 of 2**</u>

To: The Honorable Richard W. Story
Judge of U.S. District Court
Northern District of Georgia (Gainesville)
Re: Kennedy vs Harmony Enterprises



   **Civil Action # 2:18-cv-00120-RWS**

Attached:
<u>**Item 01**</u>  (4 Pages)
Email Exchanges between Kennedy Harmony Counsel (starting 01-25-23)

<u>**Item 02**</u>  (4 Pages)
An Outline of Topics for Discussion provided by Kennedy (02-01-23)

<u>**Item 03**</u>  (8 Pages)
Meeting Transcript (02-01-23)

<u>**Item 04a**</u> (1 Page)
Email (02-02-23) from Harmony Counsel to Kennedy attaching <u>**Item 04b**</u>

<u>**Item 04b**</u> (1 Page)
Harmony 02-09-23 Letter to the Court

<u>**Case Status Update**</u>

Dear Judge Story,

In accordance with your Order for the Parties to Have a Conference Call, we did so on Feb 1, 2023 per Mr Schueler's February 1 Letter (Item 4a & 4b). On January 19, 2023 KENNEDY and HARMONY had been ordered by the Court to a Case Status Conference Call to discuss the next step in the court process. (In conjunction with this Letter, I have attached the above reference Items). As the complete email thread shows, SHUELER contacted KENNEDY and we reached an agreed upon date and time for the Conference Call.

 Shortly before the Conference Call, KENNEDY emailed SHUELER an outline of known Evidentiary Issues and Procedural Issues at this time that is still in limbo for the Court to address.  This included the utmost important issue in any Litigation such as this,  which is the Operable Contract that serves as the 'guiding light' for cases to be properly managed and procedural issues and evidentiary issues properly addressed in a productive, justice-minded manner.

An extremely critical aspect for going forward is the admission of the fully executed 2005 Licensing Agreement as a fact into evidence. As the transcripts show from the case status meeting, KENNEDY presented the issue of the fully executed 2005 Licensing Agreement to SHUELER, and Harmony Counsel would not or could not respond to the Contract that was executed on January 07, 2005, but instead had been erroneously and/or apparently referring to it as "that Document that speaks for itself" throughout the Court Process [(unbeknownst to Plaintiff until the first week of November 2022 that an unsigned, counterfeit version of the Contract was substituted and Filed by Prior Representation, while representing to me that they were pursuing my Injunctive Relief Contractual Audit Rights the quickest and best possible way.)] ......As of the 2005 Licensing Contract, there is no other Document or Contract that was ever consummated between the parties, except for the 2005 Licensing Agreement. [These are facts pertaining to the contract negotiations & signing that were obviously never disputed going all the way back to the Jan 07 2005 signing.]

Of course, based on the extremely confusing answers given by Harmony, which Kennedy had questioned 'Prior Representation' about (and was told that 'it would all get sorted out later on down the road').....this scenario not only creates questions that are meant to remain unanswered, but also creates paths for the abuse of Justice.

It seems apparent that the unsigned, counterfeit version of the contract that was Filed is indeed the "Document that speaks for itself". [This is in conjunction with nearly 100% of the answers being very evasive & illogical, which also serves as a means for dodging all questions, while Harmony Counsel also remains unwilling to talk about the Contract or any real Subject Matter)] ....This speaks volumes of how dire the need is for Evidentiary and Procedural substance, which can only begin with the Operable, fully executed Contract being properly admitted into Evidence.

Once this step is completed, then there is a foundation for the facts and details to be Litigated in a sensible manner in accordance with the Laws and Justice.  This is what everyone with good intentions should want. The necessary Evidentiary and Procedural requirements have been greatly lacking, which only benefits the Defendants, and thus greatly rewards their continued confiscation of My Royalties and continued refusal to cooperate with my Contractual Audit Rights I am entitled to.  For the purposes of advancing the Case logically and with good faith efforts, the fully executed 2005 Licensing Agreement should, in all fairness, be considered as 'suppressed' until made a fact in evidence.

With regards to the alleged 11th Circuit ruling as a non published opinion, it is unsupported by any fact at best, and at the very least, it could be considered as an aid to the suppression of the facts. Therefore, in the name of timely Justice, the next step in the case for both parties, KENNEDY & HARMONY, is a finding of facts by Honorable Judge Richard Story as to the fully executed 2005 Licensing Agreement.

Sincerely,  Matt Kennedy, Plaintiff

## <u>Ref Item 01 - Email String of Parties prior to Conference Call</u>

**From:** Schueler, Ken <kds@dunlaplaw.com>
**Sent:** Wednesday, January 25, 2023 2:48 PM
**To:** mk@buddykennedy.com
**Cc:** 'Sullivan, Michael' <Michael.Sullivan@wbd-us.com>; Giesen, John
<jtg@dunlaplaw.com>; Jans, Karla <kjj@dunlaplaw.com>
**Subject:** RE: Status Conference

Mr. Kennedy:

My intention is to find out the status of your claim. This is being done in the spirit of the
Judge's Order.

I have no problem waiting until the person you want to have on the phone with you returns
from England. However, I will write to the Judge and let him know the status of the case
from our perspective within the 14-day period he designated.

Ken D. Schueler, Esq.

Board Certified Civil Trial Speclalist – Minnesota
Member, American Board of Trial Advocates

Dunlap & Seeger, P.A.
30 Third Street Southeast
P.O. Box 549
Rochester, Minnesota 55904

507-288-9111

**From:** MK@BUDDYKENNEDY.COM <MK@BUDDYKENNEDY.COM>
**Sent:** Monday, January 30, 2023 1:48 AM
**To:** 'Schueler, Ken' <kds@dunlaplaw.com>
**Cc:** 'Sullivan, Michael' <Michael.Sullivan@wbd-us.com>; 'Giesen, John'
<jtg@dunlaplaw.com>; 'Jans, Karla' <kjj@dunlaplaw.com>
**Subject:** RE: Status Conference

Ken, Do you want to try to schedule a call the afternoon of either Tuesday, Wednesday or
Thursday this week ? (I think it will just have to be me on the call but I am OK with that.)

Let me know....

Matt Kennedy
770-319-7700

**From:** Schueler, Ken <kds@dunlaplaw.com>
**Sent:** Monday, January 30, 2023 10:50 AM
**To:** mk@buddykennedy.com
**Cc:** Sullivan, Michael <Michael.Sullivan@wbd-us.com>; Giesen, John
<jtg@dunlaplaw.com>; Jans, Karla <kjj@dunlaplaw.com>
**Subject:** Re: Status Conference

Should we have a phone conference at 2:00 tomorrow?

Ken D Schueler

**From:** MK@BUDDYKENNEDY.COM <MK@BUDDYKENNEDY.COM>
**Sent:** Monday, January 30, 2023 2:44 PM
**To:** 'Schueler, Ken' <kds@dunlaplaw.com>
**Cc:** 'Sullivan, Michael' <Michael.Sullivan@wbd-us.com>; 'Giesen, John'
<jtg@dunlaplaw.com>; 'Jans, Karla' <kjj@dunlaplaw.com>
**Subject:** RE: Status Conference

Hey Ken....

Do you think we can make it Wednesday or Thursday afternoon .... Something
came up with my Daughter unexpectedly ... I can still try to do Tomorrow but
Wednesday or Thursday would be better (or there is a good chance I would have
to make it kind of short tomorrow).....

Matt
770-319-7700

**From:** Schueler, Ken <kds@dunlaplaw.com>
**Sent:** Monday, January 30, 2023 10:50 AM
**To:** mk@buddykennedy.com
**Cc:** Sullivan, Michael <Michael.Sullivan@wbd-us.com>; Giesen, John
<jtg@dunlaplaw.com>; Jans, Karla <kjj@dunlaplaw.com>
**Subject:** Re: Status Conference

Should we have a phone conference at 2:00 tomorrow?

Ken D Schueler

**From:** MK@BUDDYKENNEDY.COM <MK@BUDDYKENNEDY.COM>
**Sent:** Monday, January 30, 2023 7:08 PM
**To:** 'Schueler, Ken' <kds@dunlaplaw.com>
**Cc:** 'Sullivan, Michael' <Michael.Sullivan@wbd-us.com>; 'Giesen, John'
<jtg@dunlaplaw.com>; 'Jans, Karla' <kjj@dunlaplaw.com>
**Subject:** RE: Status Conference

OK Ken… sounds good…

Matt
770-319-7700
========================================================
**From:** MK@BUDDYKENNEDY.COM <MK@BUDDYKENNEDY.COM>
**Sent:** Monday, January 30, 2023 9:03 PM
**To:** 'Schueler, Ken' <kds@dunlaplaw.com>
**Cc:** 'Sullivan, Michael' <Michael.Sullivan@wbd-us.com>; 'Giesen, John'
<jtg@dunlaplaw.com>; 'Jans, Karla' <kjj@dunlaplaw.com>
**Subject:** RE: Status Conference

So just to clarify Ken…. That is 2 pm Central Time … Right ?

Matt
770-319-7700

**From:** Schueler, Ken <kds@dunlaplaw.com>
**Sent:** Wednesday, February 1, 2023 1:14 PM
**To:** mk@buddykennedy.com
**Cc:** 'Sullivan, Michael' <Michael.Sullivan@wbd-us.com>; Giesen, John
<jtg@dunlaplaw.com>; Jans, Karla <kjj@dunlaplaw.com>
**Subject:** RE: Status Conference

I will call that number.

Ken D. Schueler, Esq.

Board Certified Civil Trial Speclalist – Minnesota
Member, American Board of Trial Advocates

Dunlap & Seeger, P.A.
30 Third Street Southeast
P.O. Box 549
Rochester, Minnesota 55904

507-288-9111

==================================================================
**From:** MK@BUDDYKENNEDY.COM <MK@BUDDYKENNEDY.COM>
**Sent:** Wednesday, February 1, 2023 2:01 PM

*[Reference : Item 02 – Meeting Outline Attached]*

**To:** 'Schueler, Ken' <kds@dunlaplaw.com>
**Cc:** 'Sullivan, Michael' <Michael.Sullivan@wbd-us.com>; 'Giesen, John' <jtg@dunlaplaw.com>; 'Jans, Karla' <kjj@dunlaplaw.com>
**Subject:** FW: Status Conference

Ken,

See Attached to help with the Meeting.

Matt Kennedy


================================================================

**From:** MK@BUDDYKENNEDY.COM <MK@BUDDYKENNEDY.COM>
**Sent:** Wednesday, February 1, 2023 2:24 PM
**To:** 'Schueler, Ken' <kds@dunlaplaw.com>
**Cc:** 'Sullivan, Michael' <Michael.Sullivan@wbd-us.com>; 'Giesen, John' <jtg@dunlaplaw.com>; 'Jans, Karla' <kjj@dunlaplaw.com>
**Subject:** RE: Status Conference

OK Ken…. I sent you an email about 20 minutes ago with a basic outline to try to help keep things focused…..

That is an OK number to call 770-319-7700 or 770-287-3409….

Talk to you soon…

Matt
770-319-7700

From:
Matt Kennedy
3824 Red Bird Circle
Gainesville, GA  30506
770-287-3409

# ITEM  02

Meeting Attendees
    Matt Kennedy
    Ken Schueler
    Michael Sullivan
    Karla Jans
    Ryan Grindle

**Time of Meeting:**    <u>**February 1st 2023,  2pm Central Time Zone**</u>

1. <u>**General Statement:**</u>    The purpose of the case status conference is to determine what part of the case is still relevant and what facts are currently in dispute. To clear up any confusion in the case as relates to what in HARMONY's answer to WASTECARE''s amended complaint is still in dispute. Each section still in question and dispute in the matter will be laid out in single paragraphs as it relates to HARMONY's answer and de-clout and confusion as to the topic in subject matter.

   At the present time there has not been an evidentiary hearing or admission of evidence within the case. Before any discussion of past events or the factual procedural history in the case can be discussed it is required that the 2005 licensing agreement had been duly executed by both HARMONY and WASTECARE become a fact into evidence with Judge Story making an oral ruling with a written order. **If Harmony has any objections to this please state now**. Further goals for this meeting are to determine what procedural processes have been circumvented thus far and what needs to be done to correct the process.

2. <u>**Finding of Facts:**</u>    At the present time in the matter, there has been NO finding of facts on the record thus far.

3. <u>**Conclusion of Law:**</u>

   At the present time in the matter a conclusion of law was made that states an arbitration clause within the 2005 licensing agreement forces WASTECARE's action against HARMONY into arbitration. It is impossible to know how this conclusion had been made without a finding of facts. Therefore the arbitration clause is moot.

**3. C.F.R § 964.14 Proposed findings of fact and conclusions of law.**

(a) Each party to a proceeding, except one who fails to answer the Petition or, having answered, either fails to appear at the hearing or indicates in the answer that he does not desire to appear, may, unless at the discretion of the presiding officer such is not appropriate, submit proposed findings of fact, conclusions of law, orders and supporting reasons either in oral or written form in the discretion of the presiding officer. The presiding officer may also require parties to submit proposed findings of fact, conclusions of law, orders, and supporting reasons. Unless given orally, the date set for filing of proposed findings of fact, conclusions of law, orders and supporting reasons shall be within 15 days after the delivery of the official transcript to the Recorder who shall notify both parties of the date of its receipt. The filing date for proposed findings of fact, conclusions of law, orders and supporting reasons shall be the same for both parties. If not submitted by such date, unless extension of time for the filing thereof is granted, they will not be included in the record or given consideration.

(b) Except when presented orally before the close of the hearing, proposed findings of fact shall be set forth in serially numbered paragraphs and shall state with particularity all evidentiary facts in the record with appropriate citations to the transcript or exhibits supporting the proposed finding. Each proposed conclusion shall be separately stated.

**4. Contract in Dispute:**  At the present time in the matter the 2005 licensing agreement has not been admitted into the court as to have been fully executed by both WASTECARE & HARMONY. Further by the numerous inconsistencies in HARMONY answers it shows that HARMONY has not admitted to the 2005 licensing agreement to have been duly executed by HARMONY. Despite HARMONY's lack of admission HARMONY makes numerous references to the 2005 Licensing Agreement in pleadings filed and clouts the subject matter with ambiguous statements "*the document speaks for itself*" without reference to what document it is that speaks for itself or what part of that document is relevant to HARMONY's answer. It is impossible at this time to know what HARMONY is answering to.

**5. Evidentiary Hearing is Needed:** At the present time a evidentiary hearing is needed to properly admit the 2005 licensing agreement as evidence on the record.

6. **2005 License Agreement:**   On January 7th 2005 HARMONY faxed its signed copy of the 2005 Licensing agreement to KENNEDY at WASTECARE . The Contract was consummate when Matt Kennedy signed the Contract that same day on 01–07-2005..

7. **Entered into Licensing Agreement** - In HARMONY's reply answer to WASTECARE's amended complaint HARMONY admits to entering in to 2005 licensing agreement and states no objection to the 2005 licensing being duly signed by both parties HARMONY and WASTECARE on January 7th 2005.

   In your statements are you saying there is a difference between HARMONY entering into a licensing agreement and signing the fully executed 2005 licensing agreement?

8. **1998 Distribution Agreement:**   In this matter the 1998 agreement has been duly admitted by both parties HARMONY and WASTECARE as to have been fully ing executed on June 08, 1998 . This is the only contract that has been fully admitted in the Court. However the 1998 Distribution Agreement was terminated on January 7th 2005 when HARMONY & WASTECARE fully executed the Licensing Agreement and made it fully Operable.

9. **1998 Distribution agreement is moot:**   At the present time in the matter herein the 1998 agreement is moot and has no relevance to this matter and carries no weight to any breach by HARMONY on to WASTECARE.

   A. With respect to paragraph 12 of Plaintiff's Amended Complaint, Defendant admits that a Distribution Agreement was signed on June 8, 1998, asserts that the described document speaks for itself with respect to its terms and conditions, and denies any allegation inconsistent with those terms and conditions.

   **"Document Speaks For Itself":**       In HARMONY's answer to WASTECARE amended petition HARMONY in paragraph 6,8,9,10,11,12 HARMONY reference a document that speaks for itself without ever reference what the document it is that speaks for itself or how the document applies to WASTECARE complaint. The ambiguous nature of the answer brings paragraphs 6,8,9,10,11,12 in dispute that HARMONY should have to answer with a direct and proximate                                     cause.

   What document is HARMONY referencing? In all paragraphs .  Is it the Document I sent last night ??

**B.** With respect to paragraphs 19, 20 (sentence 3), 58, 73, 75, 82, 91, and 92, the terms of the **document speak for itself** and Defendant denies any allegation inconsistent Therewith.

**C.** With respect to paragraph 53 of Plaintiff's Amended Complaint, the **described document speaks** for itself and Defendant denies any allegation inconsistent therewith.    Defendant    denies    the    remainder    of    said    paragraph.

**D.** With respect to paragraph 54 of Plaintiff's Amended Complaint, the **described document speaks for itself** and Defendant denies any allegation inconsistent therewith.    Defendant    denies    the    remainder    of    said    paragraph.

**E.** With respect to paragraph 55 of Plaintiff's Amended Complaint, **the described document speaks for itself** and Defendant denies any allegation inconsistent therewith.    Defendant    denies    the    remainder    of    said    paragraph.

**F.** With respect to paragraph 56 of Plaintiff's Amended Complaint, **the described document speaks for itself** and Defendant denies any allegation inconsistent therewith.    Defendant    denies    the    remainder    of    said    paragraph.

**G.** With respect to paragraph 57 of Plaintiff's Amended Complaint, **the described document speaks for itself** and Defendant denies any allegation inconsistent therewith. Defendant denies the remainder of said paragraph.

**10.** Anything else.

**<u>END</u>**

# ITEM 03

## CONFERENCE CALL

## 02-01-23 -Transcript of Phone Call between Kennedy & Harmony Counsel

Matt Kennedy  - <u>WasteCare Corporation</u>
Ken Schueler; Michael Sullivan; John Giesen  - <u>Harmony Enterprises</u>

**Ken>**    Hello, Is this Matt ?

**Ken >**... This is Ken and let me patch in Michael Sullivan and John Giesen

**Ken>** OK we should have everyone together...

**Matt>** Hey Michael... Hey John

**Ken >** Is there anyone else Matt .....

**Matt>** Nope ... it is Just me.

**Ken >** The first question I have for you is .. I know there was a change of Plaintiff... Who is the Plaintiff in the Case ... Is that you in this case >

**Matt >** That was me as a Substitution of Party's....

**Ken >** OK so you Substituted Party's because you acquired all the Substantial Assets of WasteCare?

**Matt >** Yes.. I have been the only stockholder and so forth all along.

**Ken>** OK Is WasteCare still a Company.. Is it still out there operating ?

**Matt >** Yes.. it is still a company but the assets are ... this matter here is where the assets are.

**Ken >** What does that mean ?

**Matt >** If I could I would prefer to go over this outline because that is ...... there is really nothing to talk about until we go through these things that I have spent the time outlining .....

**Ken>** Well the purpose of this discussion is to have a Status conference. It is not to discuss the merits of the case but to find out who.........what the next step is going to be.

## Page 2 of 8

**Matt >** Yea

**Ken>** So one of the things I would like to know is whether there has been a transfer of substantially all of the assets of WasteCare to you individually ?

**Matt >** Well none of that stuff matters .. The Judge has already made the ruling and what we need to be going over is the admission of the contract, the Evidentiary Hearing and things like that that need to be .. you know some of the Procedural stuff has to get back on track because none of it has been adhered to and that is what I am trying to do to get things on the right track ..

**Ken>** OK so the first issue would be whether or not that basic requirement of a proper assignment occurred ...

**Matt >** Well no that doesn't have anything to do with it right now.. What we have to do  is you guys made some statements and we need to go thru some of the statements you made and clarify that ..

**Ken >** Matt we are not going to talk about the merits of the case or go thru the allegations or go thru the complaints and all that stuff ...

**Matt>** Well....

**Ken>** Let me finish .... What we are going to try to find out today ... is what your next move is going to be ... so the first thing I am going to tell the court is that I asked you about what the actual status was of transferring substantially all of the assets of WasteCare to you individually and you declined to talk about it.

**Matt>** I declined to talk about it because there is other things far more pressing and the Subject Matter we need to talk about ... when you guys talk about "the document that speaks for itself" and stuff like that is things that need to be clarified as to where we stand..

## Page 3 of 8

....In my outline I have pretty well covered the things that need to be covered in order for us to know what we are really litigating because at this point it is all over the place based on what has occurred in the past so I am just trying to get it on track and you guys made many comments about "the document that speaks for itself"... What document are you talking about ?.. because the contract has to be .. we have to have an Evidentiary Ruling and go before the Judge to admit the contract into the case ....... because evidently you guys are talking about some other document that nobody knows what you are talking about and you know the Findings of Facts and things like that are all things that have been procedurally left out of the whole equation and that is pretty important in a case ...

.....I am just saying that there has been so many things that have not occurred that should have occurred and that is what we need to be doing if we want to really figure out what the next steps are and things like that ... you know..... it is real simple... You guys have been through this a million times and a lot of the things that have occurred procedurally.... They're not in place so that we can have good discussions and good progress and things like that ... ........

....That's all I am trying to do.. Get things on track so we can have some basis points and have some things that we can really dig in and talk about.......

....But the First thing we have to do is we have to get the contract admitted into Evidence and have an Oral Hearing so that the Judge can rule on it.. get it into Evidence and then from there......... because right now we have no basis to talk about anything really .. There no basis to talk about anything... .....

.....So I have outlined it pretty good and I spent a lot of time putting this together and it could be real helpful if you guys want to ...... because we first need to know what is the Document that ya'll kept referring to....... and are you admitting that the Licensing Agreement is the Operable Contract that we are talking about ??...

## Page 4 of 8

....You guys made reference to the Distribution agreement as being signed by the party's but you didn't say that on the Licensing Contract.. That is the first step... If we don't have a contract then we need to start with the contract and get that ... ..

.....Otherwise... what else is there to talk about ??. you know I am just saying it has to be the first step ... finding out what you guys are talking about with the "Document that speaks for itself" ... whatever that is .... Then we can go from there and we can probably make a lot of progress once we get that figured out

**Ken .>** OK so I'll go back to what I said before Matt... The first thing is to find out what the next step is .. It sounds like you are saying you want to have an Evidentiary Hearing with the Court to determine whether there is a contract or what the operable contract is ... Is that Fair ??

**Matt >** Right

**Ken>** So that .. I don't believe that is what the Court is looking for in this case .. and I don't think that is consistent with what the 11th Circuit has ruled in the case too .... So.....

**Matt >** Well how would the court know what they are looking for ... In other words .. it hasn't been introduced into Evidence yet and we need to know what we are talking about .. We need to have some Procedural stuff in order so that we can go and take some positive steps.

**Ken >** I understand your point on that Matt... but let me just tell you .. I have been practicing law for 35 years and I have to be very blunt with you. From an English Language perspective ... What you state and what you provided to us prior to the Hearing is readable ... From a Legal perspective what you provided to us is incoherent .... OK

**Matt >** Well

**Page 5 of 8**

**Ken >** So I think I understand what you want to do and I know ... I guess ... well

**Matt >** Well do you want to know what is incoherent to me ... is how we could be this far along in the process and there has been no admission to a contract that was duly signed several years ago and then seeing comments like the responses "that document that speaks for itself"  and not identifying which document ...

.....That is what is incoherent .. and If I am incoherent it is because of those kinds of things that have occurred along the way ...and what I am trying to do is just make some progress so we can talk about the issues ... we gotta drill down to whatever the issues are .. which I don't even know.. ....

...... I don't have any idea because when people say "the Document that speaks for itself"... its hard to know what the people are talking about .. so if I have that information .. then I know .....OK I don't know what that Document could possibly be  but I am willing to have open ears and hear what everybody has to say ... that is how you make progress ...

.....I don't know how else to do it but when you sign a contract you gotta count on the people that signed it with you are going to live up to what they say  and if there is something that are misunderstandings about... the best way to solve the misunderstanding is to talk about whatever those points are within that contract... but if there is no Agreement that there was a contract, then you gotta have a basis and that is all I am saying ...  a Starting point ...

....If there is no agreement that there was a contract then you gotta have a basis... a Starting point... We haven't done that in this matter.  And you know it could be something that is very simple... or it could be something very complicated but until we drill down to that and start from the right perspective ....

## Page 6 of 8

.... you know .... I know that the contract was fully signed and executed or whatever.. Harmony knows that.... but then with some of the comments it has made things a little bit confusing....

.....So that is what I wanted to do is get everybody at least starting with square one and we take a step ..... we say Is the contract fully executed contract that you are still agreeing with and if there is a No then we...... this conversation doesn't even need to go on because there is something else instead of this conversation...

......there is nothing to talk about  if Harmony is saying there was never a contract signed, then this conversation is .. is just a waste of time.... so that is the first thing is getting that contract admitted into Evidence from a Procedural Point of View and then once that is done .. then we can say .... OK Now that we have that entered into evidence .. what is it that you feel we have a misunderstanding on and then we go to that step and talk thru it and we just go down the line, but the contract has to be the first thing  that the court recognizes and then we just go from there.....

.... And I am willing to go thru that  ..  I mean these things happen and you just have to make the best of them and I am willing to do that ... whatever time it takes or whatever .. I am willing to do that... and I hope everybody else is and if they're not .. then that's their choice...

**Ken >** I think I understand your point .. I don't agree with you that it is the proper procedure at this point in the case .. so it sounds like you want to have this Hearing before Judge Story ....

**Matt >** Yes.. it needs to be an Oral Hearing where we admit this into evidence and then from there we can take Step 2 .. which will be asking Harmony ...or I would be asking you guys what are the issues we need to talk about... Once we get the contract entered into Evidence at an Evidentiary Hearing with Judge Story then we can go to step 2...

## Page 7 of 8

**Ken>** OK... Just to let you know .. from our perspective the next issue is not to be addressed by Judge Story... he is not the one who has Jurisdiction.

**Matt >** Who would be having Jurisdiction?

**Ken>** Well that is a matter of interpreting what the 11th Circuit Had to say...

**Matt>** Well if you are talking about Arbitration we can't Arbitrate something with the contract that nobody even knows what is being agreed to as the contract .. so that would be a big waste of time and that would not even be legitimate since nothing has been entered into Evidence ... there has been no Fact Findings or anything like that .... How can you just by-pass .... I am just saying we have to do things Procedurally so that we are all communicating and have a basis for communication ...That is all I am trying to do is get things on track in that manner and you know we can all still be a team.. try to.... we are going to have things we disagree with .. I understand that ... but the first step ... I don't see how ya'll could be disagreeing with the first step being ... ...

....When you go into a contract you have to sign it and you have to agree on the Terms and Conditions before you can even start doing anything with that contract

.... And so with this court case we have to start with the base of .......is this the Contract we are going to be talking about and if it is not then you know we have to find out what it is we are going to be talking about as the Primary Subject matter or not talking about you know...

.....I mean that is the contract that was fully executed on January 7, 2005 ......

**Ken >** OK so Matt .. Are you indicating then that you don't want to proceed with Arbitration ..

### Page 8 of 8

**Matt >** I am saying that the Arbitration is not even a Procedural …it is not even a correct Procedural next step … It can't be …..

There has been no contract entered into Evidence …..

**Ken >** OK Fair enough… You do not believe it is the next procedural step

**Matt >** I am saying that if it is the next Procedural step it would be to rule on an Injunctive Relief for my Audit … That is what this thing was intended to be …I am just saying a lot of these things that have occurred.. they are what they are… but there has been no Contract entered into Evidence so we need the Evidentiary Ruling on the contract as Step 1 and ya'll should be willing to do that .. That is what I don't understand … At some point Step 2 Arbitration does need to take place and we still have to have a Contract that is agreed to that this is the Contract …. so I am just saying …Ya'll have to know that because with the comments made and the replies that · "This Document speaks for itself" and not saying which document or which part of that document speaks for itself … Everybody is in never-never land…I am just saying I have no way of knowing what that is supposed to mean.

**Ken>** OK Alright.. well Matt you have made that point and I understand that.. OK well those are all the questions that I have for you, so I think I have enough to get the status report to Judge Story. .

**Matt>** Yes and I will be doing the same.

**Ken >** Alright.. sounds good… Thank you for your time ..

**Matt >** OK Bye.

# END

# ITEM 04a

Ref: Email **(Item 4a** below) Attaching **(Item 4b)** Harmony Case Status Report

**From:** Jans, Karla <kjj@dunlaplaw.com>
**Sent:** Thursday, February 2, 2023 12:57 PM
**To:** MK@BUDDYKENNEDY.COM
**Cc:** Sullivan, Michael <Michael.Sullivan@wbd-us.com>; Pitts, Lynette M.
<Lynette.Pitts@wbd-us.com>; Giesen, John <jtg@dunlaplaw.com>; Schueler, Ken
<kds@dunlaplaw.com>

**Subject:** WasteCare Corporation

Re:     Clyde Matthew Kennedy vs. Harmony Enterprises, Inc.
        Civil Action No. 2:18-cv-00120-RWS
        Our File No. 181397

Dear Mr. Kennedy:

Please find attached Mr. Schueler's case status report that was filed today for
Judge Story's review.

KARLA J. JANS
Legal Assistant
P 507.288.9111
D 507.285.4221
30 Third Street SE
Rochester, MN 55904



 **DUNLAP SEEGER**

# ITEM 04b

February 2, 2022

The Honorable Richard W. Story
Judge of U.S. District Court
Northern District of Georgia (Gainsville)

Re:    Clyde Matthew Kennedy vs. Harmony Enterprises
       Civil Action No. 2:18-cv-00120-RWS
       Our File No. 181397

Dear Judge Story:

You requested the parties correspond regarding the status of the case. On February 1 there was a telephone conference with Plaintiff, Matt Kennedy. I was on that phone conversation along with John Giesen of our office and our local counsel, Michael Sullivan.

I initially requested Mr. Kennedy explain to me the basis for the assertion that substantially all of the assets of Wastecare Corporation had been transferred to him personally.   He declined to address that issue.

Mr. Kennedy believes there must be an evidentiary hearing before you that addresses the issue of whether there is a contract between the parties.  I explained to Mr. Kennedy that I do not believe that is what is called for at this point based on the decision of the 11th Circuit. Mr. Kennedy indicated he does not believe we can have an arbitration proceeding until he has his proposed evidentiary hearing and ruling from you.  I reiterated to him that we do not agree with that approach.

Very truly yours,

*/s/ Ken D. Schueler*

Ken D. Schueler, Esq.
Direct Dial (507) 285-4224
Email: kds@dunlaplaw.com
KDS/kjj

C:   Michael J. Sullivan, Esq.
     C. Matthew Kennedy, Pro Se Plaintiff
     John T. Giesen, Esq.
     Ramon Hernandez, Harmony Enterprises *(via email)*

30 Third Street SE, Suite 400
Rochester, MN 55904

507.288.9111

info@dunlaplaw.com                                          dunlaplaw.com

 **DUNLAP SEEGER**

# Item 4b

February 2, 2022

The Honorable Richard W. Story
Judge of U.S. District Court
Northern District of Georgia (Gainsville)

Re:   Clyde Matthew Kennedy vs. Harmony Enterprises
      **Civil Action No. 2:18-cv-00120-RWS**
      Our File No. 181397

Dear Judge Story:

You requested the parties correspond regarding the status of the case. On February 1 there was a telephone conference with Plaintiff, Matt Kennedy. I was on that phone conversation along with John Giesen of our office and our local counsel, Michael Sullivan.

I initially requested Mr. Kennedy explain to me the basis for the assertion that substantially all of the assets of Wastecare Corporation had been transferred to him personally. He declined to address that issue.

Mr. Kennedy believes there must be an evidentiary hearing before you that addresses the issue of whether there is a contract between the parties. I explained to Mr. Kennedy that I do not believe that is what is called for at this point based on the decision of the 11th Circuit. Mr. Kennedy indicated he does not believe we can have an arbitration proceeding until he has his proposed evidentiary hearing and ruling from you. I reiterated to him that we do not agree with that approach.

Very truly yours,

/s/ Ken D. Schueler

Ken D. Schueler, Esq.
Direct Dial (507) 285-4224
Email: kds@dunlaplaw.com
KDS/kjj

C:  Michael J. Sullivan, Esq.
    C. Matthew Kennedy, Pro Se Plaintiff
    John T. Giesen, Esq.
    Ramon Hernandez, Harmony Enterprises *(via email)*

30 Third Street SE, Suite 400
Rochester, MN 55904

507.288.9111

info@dunlaplaw.com                                                    dunlaplaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

KENNEDY                          §

                 PLAINTIFF,      §    CIVIL ACTION # 2:18-cv-00120-RWS:
                                 §
vs.                              §
                                 §
HARMONY ENTERPRISES, INC.        §
                                 §
_____ DEFENDANT        §

---

### VERIFICATION

### Letter to Honorable Judge Richard Story

Letter to Honorable Judge Richard Story          2 Pages
Email String of Parties Prior to Conference Call  4 Pages
Kennedy Proposed Outline of Conference Call       4 Pages
Conference Call Transcript                        8 Pages
Harmony Counsel Email and Letter to Judge         2 Pages

### Number of Total Pages including Verification & Certificate of Service:    20 Pages

The undersigned, having personal knowledge of the facts contained in the foregoing and

having been duly sworn, and placed under oath, hereby verifies that the facts contained in

the foregoing are true and correct to the best of his / their knowledge and recollection.

Respectfully submitted this _____9_____ day of February, 2023.

_____
Matthew Kennedy – 770-287-3409
mk@buddykennedy.com

Sworn to and subscribed, before me this
_____9_____ day of _February_____ 2022,

_____
Notary Public



PLAINTIFF  LETTER TO HONORABLE JUDGE RICHARD STORY
Kennedy  Pro Se vs Harmony  Case 2:18-cv-00120-RWS
In the United States District Court for the Northern District of Georgia; Gainesville Division

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

**CERTIFICATE OF SERVICE**

**MR. MICHAEL SULLIVAN
271  17TH  STREET N.W. SUITE 2400
ATLANTA, GA  30363
TELEPHONE:  404-879-2479
MICHAEL.SULLIVAN@WBD-US.COM**

**KEN D. SCHUELER
DUNLAP & SEEGER, P.A.
30 – 3RD STREET  SE, SUITE 400
P.O. BOX 549
ROCHESTER, MN  55903-0549
TEL:  507-288-9111
KDS@DUNLAPLAW.COM**

**I HEREBY CERTIFY THAT ON THIS** _____9th_____ day of February, 2023, the foregoing was

filed with the Court and then served / sent by certified mail the next day on the Attorneys of

Record and Opposing Counsel to the Recipients indicated above at their respective mailing

locations, (or via the Court's CM/ECF system).

**Letter to Honorable Judge Richard Story**

Letter to Honorable Judge Richard Story          2 Pages

Email String of Parties Prior to Conference Call      4 Pages

Kennedy Proposed Outline of Conference Call       4 Pages

Conference Call Transcript              8 Pages

Harmony Counsel Email and Letter to Judge       2 Pages

_____   2/9/23
MATTHEW KENNEDY  PRO SE      DATE

PLAINTIFF  LETTER TO HONORABLE JUDGE RICHARD STORY
Kennedy  Pro Se vs Harmony  Case 2:18-cv-00120-RWS
In the United States District Court for the Northern District of Georgia; Gainesville Division